UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-24389-CIV-MARTINEZ

MARIA REGLA FERNANDEZ,

    Plaintiff,

v.

MCDONNELL & ASSOCIATES, LLC, d/b/a
FIRST CAPITAL GROUP, EXPERIAN
INFORMATION SOLUTIONS, INC., TRANS
UNION, LLC, and EQUIFAX INFORMATION
SERVICES, INC.,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant EquiFax Information Services, Inc., (ECF No. 20). Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE** solely as to Defendant, EQUIFAX INFORMATION SERVICES, INC.

2. This case remains open and pending as to the remaining Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of January, 2025.

                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record