UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24cv24389

MARIA REGLA FERNANDEZ,

    Plaintiff,

v.

MCDONNELL & ASSOCIATES, LLC,
d/b/a FIRST CAPITAL GROUP,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC,

    Defendants.
_____/

**NOTICE OF PROPOSED SETTLEMENT**

Plaintiffs hereby notifies the Court that Plaintiff, MARIA REGLA FERNANDEZ, & EXPERIAN INFORMATION SOLUTIONS., have settled this matter in principal and are awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice. Plaintiff files this single notice as opposed a joint notice because EXPERIAN INFORMATION SOLUTIONS has not formally appeared in this action.

    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021
    Tel:    844-379-1112
    Fax:    305-503-9457
    service@debtshieldlaw.com
    kevin@debtshieldlaw.com

    */s/ Kevin Rajabalee, Esq*
    Kevin Rajabalee
    Fla. Bar No. 119948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24cv24389

MARIA REGLA FERNANDEZ,

    Plaintiff,

 v.

MCDONNELL & ASSOCIATES, LLC,
d/b/a FIRST CAPITAL GROUP,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2025 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         */s/Kevin Rajabalee, Esq*
                                                          Kevin Rajabalee

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF