UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-24389-CIV-MARTINEZ

MARIA REGLA FERNANDEZ,

    Plaintiff,

v.

MCDONNELL & ASSOCIATES, LLC, d/b/a
FIRST CAPITAL GROUP, EXPERIAN
INFORMATION SOLUTIONS, INC., TRANS
UNION, LLC, and EQUIFAX INFORMATION
SERVICES, INC.,

    Defendants.
_____/

### ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement, stating that Plaintiff and Defendant MCDONNELL & ASSOCIATES, LLC have settled this matter, (ECF No. 22). It is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff and Defendant MCDONNELL & ASSOCIATES, LLC shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before February 10, 2025**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of January, 2025.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record