UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-24389-CIV-MARTINEZ

MARIA REGLA FERNANDEZ,

    Plaintiff,

v.

MCDONNELL & ASSOCIATES, LLC, d/b/a
FIRST CAPITAL GROUP, EXPERIAN
INFORMATION SOLUTIONS, INC., TRANS
UNION, LLC, and EQUIFAX INFORMATION
SERVICES, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO TRANS UNION, LLC

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, (ECF No. 24). Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** as to Defendant, TRANS UNION, LLC.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of January, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record