UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:24cv24389

MARIA REGLA FERNANDEZ,

    Plaintiff,

vs.

MCDONNELL & ASSOCIATES, LLC,
d/b/a FIRST CAPITAL GROUP,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, MARIA REGLA FERNANDEZ, pursuant to F. R. C. P. 41(a) voluntarily dismisses this action against Defendant, EXPERIAN INFORMATION SOLUTIONS, with prejudice in the above styled cause. EXPERIAN INFORMATION SOLUTIONS has not filed an answer or motion for summary judgment, therefore, Plaintiff files this notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff requests the Court retain jurisdiction to enforce the terms of the settlement agreement.

    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021
    Tel:    754-800-5299
    Fax:    305-503-9457
    kevin@debtshieldlaw.com
    service@debtshieldlaw.com
    dayami@debshieldlaw.com

    */s/ Kevin Rajabalee*
    Kevin Rajabalee, Esq
    Fla. Bar No. 119948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24cv24389

MARIA REGLA FERNANDEZ,

Plaintiff,

v.

MCDONNELL & ASSOCIATES, LLC,
d/b/a FIRST CAPITAL GROUP,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, INC.,

Defendants.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2025 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Kevin Rajabalee*
Kevin Rajabalee, Esq

All Defendants Via transmission of Notices of Electronic Filing generated by CM/ECF